TENECA LOUISE WILSON (Full Name)
TWilson8611@Gmail.Com (Email Address)
C/O 826 E Colden Ave (Address Line 1)
Los Angeles CA 90002 (Address Line 2)
310-869-5941 (Phone Number)
PETITIONER
TENECA LOUISE Wilson in Pro Per
(indicate Plaintiff or Defendant)


FILED
CLERK, U.S. DISTRICT COURT
DEC 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TENECA LOUISE Wilson,
    Plaintiff, PETITIONER
vs.
STEWART TITLE
OF CALIFORNIA, INC.

U.S. District court
Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT of CALIFORNIA,
    Defendant(s). Respondent(s)

Case No.: 2:24-MC-00158

**PROOF OF SERVICE BY MAIL**

I, Donald Nathaniel, declare as follows:
(name of person serving documents)

My address is 1146·W·81ST PL, LA CA 90044
_____, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1  On 12-19 24 _____, I served the document(s) described as:
        (date of mailing)

2

3  _____
           (list the names of the documents you are mailing)

4

5  1) COPY OF PETITION TO DEPOSIT FUNDS TO DISTRICT COURT REGISTRY

6  2) COPY OF INTERNATIONAL BILL OF EXCHANGE
7

8  3) COPY OF PURCHASE/AGREEMENT/CONTRACT

9  4) COPY OF ESCROW INSTRUCTIONS

10 5) LETTER TO DISTRICT COURT JUDGE
11

12 on all interested parties in this action by placing a true and correct copy thereof in

13 a sealed envelope, with first-class postage prepaid thereon, and deposited said

14 envelope in the United States mail at or in Los Angeles CA _____,
                                              (city and state of mailing)

15 addressed to:

16 Stewart Title of California, INC (name)    District Court Executive/Clerk of Court (name)

17 1900 South College Blvd Suite #200 (address)   350 W. 1st Street, Suite 4311 (address)

18 Anaheim California 92806 (address)   Los Angeles, CA 90012-4565 (address)

19 _____ (address)   _____ (address)

20

21    I declare under penalty of perjury that the foregoing is true and correct.

22
23 Executed on 12.19.24 _____ at Los Angeles CA _____.
              (date)                (city and state of signing)

24         Donald Nathaniel
              (sign)
25
           Donald Nathaniel
26            (print name)

27

28

2
Proof of Service by Mail